APPEAL No. 76-340. CANTON REALTY Co., INC. *v.* THE HOME INSURANCE COMPANY *et al.* Motion of defendants to affirm the judgment below pursuant to Rule 16(g) is denied. Case is assigned to the calendar for April 5, 1977 at 9:30 a.m., for oral argument. The plaintiff will be expected to *show cause* why its appeal should not be dismissed because an appeal of a denial of a motion for directed verdict is not the proper method to review the issue raised by plaintiff. Super. R. Civ. P. 50, 1 Kent, *R.I. Civ. Prac.,* §§50.1-4, 368-72 (1969). Bevlacqua, C.J.

not participating. *Albert B. Watt,* for plaintiff. *Gunning, La-Fazia & Gnys, Inc., Richard T. Linn,* for defendants.